# IN THE SUPREME COURT OF THE STATE OF NEVADA

KARL WILLIAM SCHENKER,
                              Appellant,
                    vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
JAMES DZURENDA; AND THE STATE
OF NEVADA,
                              Respondents.

No. 77281

**FILED**

NOV 21 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
     DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant, who is proceeding in pro se, has filed a "Motion for Res Extincta" in which he requests that this appeal be dismissed. We elect to treat the motion as a motion for a voluntary dismissal of this appeal. Cause appearing, the motion is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. Jim C. Shirley, District Judge
        Karl William Schenker
        Attorney General/Carson City
        Pershing County Clerk

18-905220